NEHEMIAH RAPLEE, APPELLANT, v. STEPHEN T. ARNOT, RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered on the decision of a judge, at the Yates county Special Term.

The court, after consideration of the evidence in the case, concluded that the pleadings precluded a consideration of the case as it was really presented by the evidence, and that the General Term was not at liberty on this appeal to make so radical a change in the nature of the action as would justify a reversal of the judgment.

*J. McGuire* and. *William Rumsey*, for the appellant.

*George B. Bradley*, for the respondent.

Opinion by GILBERT, J.

Judgment affirmed, without prejudice to any other action or proceeding.